**Order entered May 9, 2022**



## In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00321-CR

### MICHAEL FOY WALLING, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-83626-2017

### ORDER

In accordance with the parties' request in this appeal, we **ORDER** the trial court to recalculate proper court costs in this case (1) employing the statutory framework in place on the date of appellant's offense, December 27, 2016, and (2) deleting any time payment fee assessed.

We **ORDER** Lynne Finley, Collin County District Clerk, to file—within three weeks of the date of this order—a supplemental clerk's record including the trial court's order assessing the recalculated court costs.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable John Roach, Jr., Judge of Collin County's 296th District Court, to Lynne Finley, and to the parties.

We **ABATE** this appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated three weeks after the date of this order or when the supplemental clerk's record is filed, whichever occurs sooner.

/Erin A. Nowell/
ERIN A. NOWELL
PRESIDING JUSTICE